AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

|  |  |
|---|---|
| United States ) |  |
| *Plaintiff* ) |  |
| v. ) | Case No. |
| Russell Ochocki ) |  |
| *Defendant* ) |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Russell Ochocki

Date: 11/30/2010

*Attorney's signature*

Zachary Margulis-Ohnuma (ZM4932)
*Printed name and bar number*

Law Office of Zachary Margulis-Ohnuma
260 Madison Avenue, 17th Floor
New York, New York 10016

*Address*

zach@zmolaw.com
*E-mail address*

(212) 685-0999
*Telephone number*

(212) 685-0992
*FAX number*